# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144123(41)

JOHN TYRONE GREEN,
   Plaintiff-Appellant,

v

            SC: 144123
            COA: 302857
DEPARTMENT OF CORRECTIONS,  Macomb CC: 2010-004628-FH
   Defendant-Appellee.

_____/

   On order of the Court, the motion for reconsideration of this Court's April 1, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   VIVIANO, J., did not participate because he presided over this case in the circuit court.



d0722

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013
_____


          Clerk